IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01375-KAS

ABANTE ROOTER AND PLUMBING, INC., individually on behalf of themselves and on behalf of all others similarly situated,

 Plaintiff,

v.

RE/MAX HOLDINGS, INC.,

 Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

 This matter is before the Court on Plaintiff's **Notice of Voluntary Dismissal** [#6] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Notice is self-effectuating pursuant to Rule 41(a)(1), and the case was dismissed upon the filing of that Notice. *See Bovo v. Bovo*, No. 22-cv-01421-NYW-KLM, 2022 WL 4299951, at *2 (D. Colo. Sep. 19, 2022). Accordingly,

 IT IS HEREBY **ORDERED** that the Clerk of Court shall close this case.

 Dated: August 15, 2023

--